C. A. No. 1875. STATE v. RICHARD NICKERSON. Motion of state to hold filing of its brief in abeyance pending decision in *State* v. *Trivisonno* No. 1879-C.A. is granted. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

APPEAL No. 1959. PASCO DEFUSCO v. PETER BROPHY et al. Plaintiff's motion to assign case for argument granted, and case is assigned to the October calendar of 1973. *Aram K. Berberian,* for plaintiff. *Richard J. Israel,* Attorney General for defendants.

April 4, 1973.

APPEAL No. 73-63. ROBERT W. RAYMOND v. BURTON S. RAYMOND, JR. et al. Appellee's motion to dismiss the instant appeal is granted on the ground that the appeal is premature. *Eidam v. Eidam,* 108 R. I. 673, 279 A.2d 413 (1971). *Leonard A. Kamaras, Justin P. McCarthy,* for plaintiff-appellee. *Robert C. Hogan,* for defendants-appellants.

April 5, 1973.

C. A. No. 1883. STATE v. WILLIAM E. EATON. Motion of state to dismiss the defendant's appeal on the ground that he is a fugitive from justice is denied without prejudice to its right to renew the motion when the defendant shall again be in its custody or on or after the 1st day of October 1973, whichever shall occur first. *State* v. *Lewis,* 110 R. I. 948, 296 A.2d 120 (1972). *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *John P. Toscano, Jr.,* Asst. Public Defender, for defendant.